## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 14-04341-hb |
| Michael Stuart Mills | Chapter 7 |
| Debtor(s). | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #32) of Kia Motors Finance ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b) and agreed that any funds realized from the disposition of its collateral in excess of all liens, costs, and expenses will be paid to the trustee or bankruptcy estate. Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: 2013 Kia Forte, VIN# KNAFU5A26D5686272 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

IT IS FURTHER ORDERED, that upon Debtor's failure to object to movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**10/14/2014**



US Bankruptcy Judge
District of South Carolina

Entered: 10/14/2014